FILED_____ ENTERED
_____ RECEIVED
LOGGED Case 1:19-mj-00644-SAG   Document 1-1   Filed 02/19/19   Page 1 of 4

FEB 1 9 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY          DEPUTY

**AFFIDAVIT**

Your affiant, Task Force Officer ("TFO") David Azur of the Bureau of Alcohol, Tobacco,

Firearms, and Explosives ("ATF"), being duly sworn, does depose and state the following:

### A.    THE AFFIANT:

1.    Your affiant, TFO David Azur, is a duly sworn member of the ATF.  As a Task

Force Officer, I am an officer of the United States who is empowered by law to conduct

investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United

States Code.

2.    I have been employed by the Baltimore Police Department ("BPD")since

December 28, 1993.  After completion of entrance level Basic Training, I was assigned to the

Southwestern District Patrol Division where I made numerous arrests for handgun violations,

narcotic violations and violent offenders.  In 1997 I was assigned to a multi-jurisdictional Auto

Theft Task Force, where I continued to arrest violent offenders.  In June of 2007 I was assigned to

the Violent Crime Impact Division where I began to work with the High Intensity Drug Trafficking

Area task force ("HIDTA") and became a Task Force Officer with the ATF.  I have received

specialized training from the ATF, Federal Bureau of Investigation ("FBI"), and the Drug

Enforcement Agency ("DEA"), as well as the Multi-Jurisdictional Drug Task Force.  I currently

investigate Federal Firearm and Narcotic violations as an ATF Task Force Officer.

### B.    THE DEFENDANT:

3.    This Affidavit is made for the limited purpose of establishing probable cause in

support of a Criminal Complaint alleging that **Devontay DOUGLAS** committed the following

federal offenses: interference with commerce by robbery in violation of 18 U.S.C. § 1951;

1

carjacking in violation of 18 U.S.C. § 2119(2); using, carrying, and brandishing a firearm during and in relation to crimes of violence; and possessing a firearm after having been convicted of a crime punishable by more than one year in violation of 18 U.S.C. § 922(g)(1). Because this Affidavit is for the limited purpose of establishing probable cause to support the Criminal Complaint, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this Affidavit.

4.      The statements made in this Affidavit are based in part on:  (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers; (c)  review of consensually monitored and/or recorded conversations; (d) criminal history records maintained by various law enforcement agencies, Baltimore Police Department ("BPD") and the National Criminal Information Center ("NCIC"); and (e) the training and experience of myself and other law enforcement agents and officers.

C.      **PROBABLE CAUSE:**

5.      On July 10, 2018, an employee of Joe's Tavern and Pizzeria was in the 100 block of Diener Place, Baltimore, Maryland 21229, for a pizza delivery to a customer at an apartment complex. After the  employee delivered the pizza, he returned to his vehicle and was approached by two men. One of the men, later identified as **Devontay DOUGLAS**, brandished a black semi-automatic handgun and said, "Do you have our money?"  **DOUGLAS** then struck the employee/victim in the face and ribs several times. **DOUGLAS** and the other man then took the employee/victim's keys, cell phone, and approximately $50.00 in U.S. currency.  **DOUGLAS** then entered the employee/victim's vehicle, a 2013 Honda Civic, and attempted to flee the area.  The employee/victim then yelled that he had been robbed. Security guards from the apartment complex

2

responded to the employee/victim, and the employee/victim identified his vehicle for the guards. The security guards approached the employee/victim's vehicle with their weapons drawn and ordered **DOUGLAS** to stop. **DOUGLAS** stopped the vehicle and placed his hands in the air. The security guards detained **DOUGLAS** until BPD Officers arrived. When the BPD Officers arrived, the Officers recovered a Glock, 9mm handgun, loaded with approximately 15 rounds, in the driver's side front floorboard where **DOUGLAS** had been sitting and operating the vehicle.

6.    **DOUGLAS** was convicted of a crime punishable by a term of imprisonment exceeding one year, making **DOUGLAS** a person who is prohibited from possessing a firearm.

7.    At all times relevant to the events discussed in this Affidavit, Joe's Tavern and Pizzeria, located at 2709 Washington Boulevard, Baltimore, Maryland 21230, conducted business in and affecting interstate commerce. In addition, the employee/victim's vehicle and the firearm possessed by **DOUGLAS** were manufactured outside the state of Maryland and therefore affected interstate commerce. The subject firearm meets the definition of a "firearm" as defined by 18 U.S.C. § 921.

**D.    CONCLUSION:**

8.    To the best of my knowledge and belief, all statements made in this affidavit are true and correct. Based on the foregoing facts I believe probable cause exists supporting the issuance of a Criminal Complaint charging the defendant **Devontay DOUGLAS** with interference with commerce by robbery in violation of 18 U.S.C. § 1951; carjacking in violation of 18 U.S.C. § 2119(2); using, carrying, and brandishing a firearm during and in relation to crimes of violence; and possessing a firearm after having been convicted of a crime punishable by more than one year in violation of 18 U.S.C. § 922(g)(1).

3

19-644-8AG

David Azur
Task Force Officer, ATFE

Sworn to and subscribed before me this ___19th___ day of February 2019.

STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE

4